IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CYNTHIA ORTEGA,**
        **Plaintiff,**

        vs.                              CIV NO. 15-00688-WPL

**CAROLYN W. COLVIN, Acting**
**Commissioner of the Social Security**
**Administration,**
        **Defendant.**

## ORDER FOR EXTENSION

THIS MATTER having come before the Court upon Defendant's Unopposed Motion for Extension of Time (Doc. 9), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS THEREFORE ORDERED that Defendant is granted through February 17, 2016, to file her answer or otherwise respond to Plaintiff's Complaint.

_____
WILLIAM P. LYNCH
United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 1/14/16*
PAMELA M. WOOD
Special Assistant United States Attorney


*Electronically approved 1/14/16*
MICHAEL D. ARMSTRONG
Attorney for Plaintiff