IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CYNTHIA ORTEGA,**

        **Plaintiff,**

vs.                                                                                          Civil No.         15-688 WPL

**NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,**

        **Defendant.**

### ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

THIS MATTER is before the Court on Stipulated Motion for Attorney Fees Pursuant to the Equal Access to Justice Act filed on February 27, 2017. [Doc. 32]. The parties having stipulated to EAJA fees in the amount of $3,873.00 for work performed in 2015 and 2016. The Court being otherwise fully advised in the premises, FINDS that the motion is well-taken and will be **GRANTED**.

IT IS THEREFORE ORDERED THAT the motion is **GRANTED**, and **Plaintiff is awarded $3,873.00 in attorney fees** pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). See Astrue v. Ratliff, 560 U.S. 586, 591-93 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

Payment of this amount shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. The parties further agree that the EAJA award is without prejudice to Plaintiff's attorney's right to seek

attorney fees pursuant to Social Security Act § 206(b), 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.  See 28 U.S.C. § 2412(c)(1) (2006).

   IT IS FURTHER ORDERED THAT, if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to Weakley v. Bowen, 803 F.2d 575, 580 (10th Cir. 1986). IT IS SO ORDERED.

               _____
               THE HONORABLE WILLIAM P. LYNCH
               UNITED STATES MAGISTRATE JUDGE

Submitted By:
*/s/Michael D. Armstrong*
Michael D. Armstrong
Attorney for Plaintiff
220 Adams St. SE, Suite B,
Albuquerque, NM 87108
Bus. (505) 890-9056 Fax. (505) 266-5860

Email Approval on 2/28/17
Richard W. Pruett
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 4169
Denver, Colorado 80294-4003
(303) 844-7182
richard.pruett@ssa.gov